**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-2351**

─────────────

WESLEY SCOTT ASHTON,

                              Plaintiff - Appellant,

          versus

UNITED STATES ARMY, Office of the General
Counsel; CHARLES H. BOWERS, Chief, Freedom of
Information/Privacy Act Office; JAMES W.
MARTIN, JR., Colonel, Commanding Officer,

                              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge.
(CA-00-297-A)

─────────────

Submitted: February 28, 2001          Decided: March 19, 2001

─────────────

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Wesley Scott Ashton, Appellant Pro Se. Joel Eric Wilson, Special
Assistant United States Attorney, Edward John Martin, OFFICE OF THE
UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wesley Scott Ashton appeals the district court's order entering judgment for Defendants in this action arising under the Freedom of Information Act.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. <u>Ashton v. United States Army</u>, No. CA-00-297-A (E.D. Va. Aug. 15, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2